# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**DECKLYN STARR, a/k/a Ira Wofford,**<br><br>*Defendant.* | Case No. **CR 17-037-RAW**<br><br>**FILED**<br>JUL 1 8 2017<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### STALKING
### [18 U.S.C. §§ 2261A(2)(A), 2261A(2)(B) and 2261(b)(5)]

From in or about April 2017 and continuing through June 8, 2017, in the Eastern District of Oklahoma, and elsewhere, the defendant, **DECKLYN STARR, a/k/a Ira Wofford**, with the intent to kill, injure, harass and intimidate, used an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate commerce, to engage in a course of conduct that placed S.E., a person known to the Grand Jury, in reasonable fear of death or serious bodily injury, and caused, and attempted to cause, and would be reasonably expected to cause, substantial emotional distress to S.E., in violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B) and 2261(b)(5).

### COUNT TWO

### STALKING
### [18 U.S.C. §§ 2261A(2)(A), 2261A(2)(B) and 2261(b)(5)]

From in or about April 2017 and continuing through June 8, 2017, in the Eastern District of Oklahoma, and elsewhere, the defendant, **DECKLYN STARR, a/k/a Ira Wofford**, with the

intent to kill, injure, harass and intimidate, used an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate commerce, to engage in a course of conduct that placed B.G., a person known to the Grand Jury, in reasonable fear of death or serious bodily injury, and caused, and attempted to cause, and would be reasonably expected to cause, substantial emotional distress to B.G., in violation of Title 18, United States Code, Sections §§ 2261A(2)(A), 2261A(2)(B) and 2261(b)(5).

## COUNT THREE

### INTERSTATE COMMUNICATION OF THREAT
### [18 U.S.C. § 875(c)]

On or about June 8, 2017, in the Eastern District of Oklahoma and elsewhere, the defendant, **DECKLYN STARR, a/k/a Ira Wofford**, knowingly and willfully did transmit in interstate and foreign commerce from the State of New Mexico to the State of Oklahoma a communication via a telecommunications device, to L.M., a person known to the Grand Jury, and the communication contained a threat to injure J.W., a person known to the Grand Jury, specifically to cut the head off of J.W., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
**FOREPERSON OF THE GRAND JURY**

DOUGLAS A. HORN
Acting United States Attorney

D. EDWARD SNOW, OBA #16439
Assistant United States Attorney